IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM HENDRIX,

    Plaintiff,

v.

JAMES NEWSTEAD,

    Defendant.

No. 3:25-cv-00020-YY

OPINION AND ORDER

**BAGGIO, District Judge:**

On March 4, 2025, Magistrate Judge Youlee Yim You issued her Findings and Recommendation ("F&R", ECF 9), recommending that this Court dismiss Plaintiff William Hendrix's First Amended Complaint (ECF 8) with prejudice. Neither party filed objections. This Court ADOPTS Judge You's F&R.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. § 636(b)(1)(B), (C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v.*

1 – OPINION AND ORDER

*Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

## CONCLUSION

Upon review, the Court agrees with Judge You's recommendation and adopts the F&R (ECF 9) in full. Plaintiff has failed to allege a claim for relief and Plaintiff's complaint is clearly frivolous and not amenable to amendment. Therefore, this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this __2nd__ day of April 2025.

_____
AMY M. BAGGIO
United States District Judge

2 – OPINION AND ORDER